UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:10-cr-0066-SEB-TAB-1 |
| | ) | |
| LORNA K. SANDER, | ) | |
| | ) | |
| Defendant. | ) | |

## Order Adopting Report and Recommendation

Having reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation that Lorna K. Sander's supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders that the defendant's supervised release is therefore **REVOKED**, and she is sentenced to the custody of the Attorney General or his designee for a period of six (6) months, with the recommendation that she be placed at the Volunteers of America, with no supervised release to follow. The court further orders that Ms. Sander is to remain on current conditions of supervised release pending the district court's action on this Report and Recommendation and that she is to self-surrender upon assignment by the Bureau of Prisons.

IT IS SO RECOMMENDED.

Date: 01/30/2014

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal